# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Orlando Delgado, | 2:17-cv-02809-JAD-CWH |
|     Petitioner | **Order** |
| v. | |
| State of Nevada, | |
|     Respondent | |

      Pro se petitioner Orlando Delgado petitions for a writ of habeas corpus,[1] but he did not pay the $5.00 filing fee or file an application to proceed *in forma pauperis*. Accordingly, IT IS HEREBY ORDERED that Delgado has until **December 13, 2017,** to either: (1) pay the $5.00 filing fee, or (2) file a pauper application accompanied by a signed financial certificate and a statement of his inmate account. If Delgado does not perform one of these actions by the court-ordered deadline, this case will be dismissed without further prior notice.

      The **Clerk of Court** is directed to **SEND to Delgado** a blank pauper application for prisoners.

      DATED: November 13, 2017.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 1-1.