# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ORLANDO DELGADO, | Case No. 2:17-cv-02809-JAD-CWH |
| Petitioner, | **ORDER** |
| v. | |
| STATE OF NEVADA, | ECF Nos. 8, 9 |
| Respondent. | |

The court dismissed this action because it could not interfere with petitioner's ongoing criminal proceedings in the state courts. ECF No. 5. Petitioner has filed a motion for de novo review (ECF No. 8) and a motion for an evidentiary hearing (ECF No. 9).[1] The court denies the motions for two reasons. First, again petitioner is asking the court to interfere in the ongoing criminal proceedings in the state courts, and this court must abstain. *Younger v. Harris*, 401 U.S. 37 (1971). Second, petitioner has not asked the court for any relief from the final judgment.

IT THEREFORE IS ORDERED that petitioner's motion for *de novo* review and motion for an evidentiary hearing (ECF Nos. 8, 9) are **DENIED**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 10, 2018

---

[1] The two motions are in the same document.